NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000468
26-APR-2013
09:11 AM**

NO. CAAP-12-0000468

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


BRIAN L. STANTON, Petitioner-Appellant,
v.
STATE OF HAWAIʻI, Respondent-Appellee.


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(SPP NO. 11-1-0044 (CR NO. 08-1-1801))


ORDER OF CORRECTION
(By: Nakamura, Chief Judge[1])


The Summary Disposition Order of the court, filed on February 28, 2013, is hereby corrected as follows:

1. On page 7, in the second line, the word "through" should be replaced with "though" so that as corrected, the text reads: ". . . making the custody, though not the judgment, illegal."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawaiʻi, April 26, 2013.

FOR THE COURT:

Chief Judge

---

[1] Nakamura, Chief Judge, and Leonard and Reifurth, JJ.